```
MICHAELSON, SUSI & MICHAELSON
     A PROFESSIONAL CORPORATION
          ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, 2nd Floor
   SANTA BARBARA, CALIFORNIA 93101
       Telephone:  (805) 965-1011
       Facsimile:   (805) 965-7351
Jay L. Michaelson, Esq., Bar No. 39774
```



FILED (SPACE BELOW FOR FILING STAMP ONLY)

AUG 13 1999
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

FILED
JUL 15 1999

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re | BK NO. ND 95-11131-RR |
| AEROTEST, INC. | Chapter 11 |
| Debtor. | FINAL DECREE |
| | **No Hearing Required** |

AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE _13th_ DAY OF _August_, 1999.

The court having read and considered the Motion for Final Decree and it appearing therefrom that the debtor has substantially consummated its Chapter 11 Plan of Reorganization confirmed by an order of this court entered September 9, 1998, and good cause appearing, it is,

ORDERED that this Chapter 11 case shall be closed pursuant to 11 U.S.C. § 350.



ENTERED
AUG 13 1999
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

_Robin Riblet_
UNITED STATES BANKRUPTCY JUDGE

-1-

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re                     | CHAPTER  11           |
|---------------------------|-----------------------|
| AEROTEST, INC.            | CASE NUMBER           |
|                   Debtor. | ND 95-11131-RR        |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING



FILED
AUG 13 1999
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

   FINAL DECREE

   was entered on *(specify date)*:   **AUG 13 1999**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

   **AUG 13 1999**

Dated:   **AUG 13 1999**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
          Deputy Clerk

```
Office of the U.S. Trustee
221 N. Figueroa Street
Room 800
Los Angeles, CA 90012

Jay L. Michaelson
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

Aerotest, Inc.
```
**Attn Jonathan P. Bromberg**
```
23704-5 El Toro Road, #526
Lake Forest, CA 92630
```